**Electronically Filed
Supreme Court
SCWC-13-0002043
01-JUN-2018
02:31 PM**

SCWC-13-0002043

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee,

vs.

TRACY SOUZA, Petitioner/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-13-0002043; CRIMINAL NO. 12-1-1028)

ORDER OF CORRECTION
(By: Pollack, J.)

IT IS HEREBY ORDERED that the Opinion of the Court, filed May 30, 2018, is corrected as follows:

1. On page 1, insert "CONCURRING AND" before "DISSENTING".

2. On page 36, delete the word "dissent" in the first line of the first full paragraph and replace it with "concurring and dissenting opinion (dissent)".

The Clerk of the Court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED: Honolulu, Hawaiʻi, June 1, 2018.

/s/ Richard W. Pollack

Associate Justice

